STATE OF NEW JERSEY v. JOSEPH SALUP.

July 22, 1974. Petition for certification denied. (See 128 *N. J. Super.* 209)

STATE OF NEW JERSEY v. ARTHUR TUCKER.

July 22, 1974. Petition for certification denied.

STATE OF NEW JERSEY v. ANTHONY W. SMITH.

July 22, 1974. Petition for certification denied.

STATE OF NEW JERSEY v. ROBERT LEE JONES.

July 22, 1974. Petition for certification denied.

STATE OF NEW JERSEY v. CLEO JESTER.

July 22, 1974. Petition for certification granted.

STATE OF NEW JERSEY IN THE INTEREST OF H. L. J.

July 22, 1974. Petition for certification denied.